# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**                                                                                         **Case No.** 13-00177-ee

Daniel Hardwood Floors, Inc.                                                                 **Chapter** 7

To:     Eileen N. Shaffer, Esq. Attorney for Debtor
         Kenneth S Womack, Esq. Attorney for Movant
         Stephen Smith, Chapter 7 Trustee

## ORDER TO SHOW CAUSE

**TO THE ABOVE NAMED ATTORNEYS:**

      **YOU ARE HEREBY ORDERED TO APPEAR** on, **TUESDAY, JULY 9, 2013**, at **10:30 a.m.**, in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to show cause why sanctions should not be imposed, or other actions taken, for failure to submit the appropriate order or judgment resulting from that certain hearing held in the above referenced matter on May 21, 2013, at 11:00 a.m., on the Motion to Extend Time (Dkt. #11) filed by Creditor Joseph Wadsworth. *See* Miss. Bankr. L. R. 1001-1(g) and 9013-1(e).

      **SO ORDERED.**

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: June 19, 2013