United States Bankruptcy Court
Southern District of Mississippi

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Daniel Hardwood Floors, Inc. | ) | Case No.13-00177 EE |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| | ) | |
| Joseph and Lisa Wadsworth, | ) | |
| | ) | |
| Creditors | ) | |

### MOTION TO WITHDRAW PREVIOUS MOTION TO EXTEND DEADLINE FOR OBJECTING TO DISCHARGE

COME NOW Joseph and Lisa Wadsworth, Creditors, by and through their counsel of record ANDERSON, CRAWLEY AND BURKE, PLLC, and move to withdraw their previous Motion to Extend the Deadline for Objecting to Discharge, and for cause would show that in the associated individual bankruptcy, namely Cause No. 13-00179, the Chapter 7 matter regarding Debtor William H. Daniel, the parties agreed to an extension of the deadline for objection to discharge, and counsel representing both the debtor in this subject action as well as Mr. William H. Daniel in his individual bankruptcy pointed out, correctly, that in the case of a corporate Chapter 7 such as this one the debtor does not receive a discharge, so an extension would not be appropriate.

WHEREFORE, Joseph and Lisa Wadsworth move to withdraw their previous motion to extend the deadline for objecting to discharge in this matter.  Movants submit herewith a proposed Order granting this motion. Movants further pray that the pending Order to Show Cause issued by the Court on June 19, 2013 be withdrawn as moot.

RESPECTFULLY SUBMITTED, this the 20th day of June, 2013.

        JOSEPH AND LISA WADSWORTH,
        Creditors and Movants

BY:   ANDERSON, CRAWLEY & BURKE, PLLC


By:   /s/ Kenneth S. Womack
      Kenneth S. Womack, MB #7353


ANDERSON, CRAWLEY & BURKE, PLLC
ATTORNEYS AND COUNSELORS
216 DRAPERTON COURT
RIDGELAND, MS 39157
TELEPHONE: (601) 707-8791
FAX:  (601) 707-8801
E-MAIL: KWomack@ACBLaw.com

## **CERTIFICATE OF SERVICE**

I, Kenneth S. Womack, the undersigned counsel of record for Creditors/Movants, do hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Eileen N. Shaffer, Esq.
> P. O. Box 1177
> Jackson, MS 39215-1177
> enslaw@bellsouth.net
>
> Mr. J. Stephen Smith
> U.S. Bankruptcy Court - Chapter 7 Trustee
> 5 Old River Place, Ste. 107
> Jackson, MS 39202
> trustee1@smithcpafirm.com

This, the 20th day of June, 2013.

BY:  /s/ Kenneth S. Womack
     Kenneth S. Womack / MSB# 7353

Kenneth S. Womack / (MSB# 7353)
ANDERSON CRAWLEY & BURKE, PLLC
ATTORNEYS AT LAW
POST OFFICE BOX 2540
RIDGELAND, MS 39158
TELEPHONE: (601) 707-8800
FACSIMILE: (601) 707-8801
E-MAIL:    KWomack@ACBLaw.com